Attachment A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

David Leo Eldridge
*Your full name*

v.

BrYAN M. ANTONELLI

**STATE CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

3:24 cv 69

Civil Action No.: ~~5:24 CV 93~~
*(To be assigned by the Clerk of Court)*

Groh
Trumble
Sims

**FILED**
JUN 1 0 2024
U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

*Enter above the full name of defendant(s) in this action*

## I.   JURISDICTION

This is a civil action brought pursuant to **42 U.S.C. § 1983**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.   PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.   Your Name: David Eldridge
Inmate No.: 84882509
Address: HAZELTON-USP - U.S. Penitentiary Bruceton Mills WV 26525

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

B.   Name of Defendant: Dr. MiMs

*United States District Court*          7          *Northern District of West Virginia-2013*

Attachment A

Position: Head of MAT Treatment

Place of Employment: U.S.P. HAZElton

Address: HAZElton USP- U.S. Penitentiary P.O. Box 2000
Bruceton Mills, WV 26525

Was this Defendant acting under the authority or color of state law at the
time these claims occurred?   ☑ Yes    ☐ No

If your answer is "YES," briefly explain: I was At The Highest Doze
on MAT Treatment Defendant Let me go Through
With Drawls instead of making sure all his patients
had proper Dosing He went on Vacation for 2 months
and Left me Sick Then came back and gave me
Improper Dose for a month

B.1   Name of Defendant: Mceeany

Position: Nurse Aid

Place of Employment: USP. Hazelton

Address: Hazelton USp- U.S. Penitentiary P.O. Box 2000
Bruceton Mills WV 26525

Was this Defendant acting under the authority or color of state law at the
time these claims occurred?   ☑ Yes    ☐ No

If your answer is "YES," briefly explain: Nurse Mceeany brought me
4 last suboxen strip on 11-15-23 said The Doctor
Did not write my prescription before He went on
Vacation That Mceeany would seen him say I after
email came Later for 2 months and said it was
a Lawsuit what was done to me.

B.2   Name of Defendant: McDear

Position: Nurse

Place of Employment: Hazelton USP

Address: Hazelton USP- U.S. Penitentiary P.O. Box 2000
Bruceton Mills WV 26525

Attachment A

Was this Defendant acting under the authority or color of state law at the time these claims occurred? ☑ Yes ☐ No

If your answer is "YES," briefly explain: Mcnear Gave me Multipel cop outs and said He sent Multiypel emails as well and said to put in a BPA so I did But the grievance turned up lost This form was gave to me after being Indcedent 6 month and was refused Help Still am refused help

B.3   Name of Defendant: Ms. Thorpe.S

Position: Nurse

Place of Employment: U.S.P. HAZelton

Address: HAZelton uSP — U.S. Pcnitentiary P.O. Box 2000
Bruceton Mills wv
26525

Was this Defendant acting under the authority or color of state law at the time these claims occurred? ☑ Yes ☐ No

If your answer is "YES," briefly explain: I Reported to nurse Thorpe when I was going Through The with draws That I was sick and not feeling good she told me that nothing was wrong with me That I was OK and with out Taken my vitals or my pulse I turned in copouts and was ignored

B.4   Name of Defendant: Hoover

Position: Nursc

Place of Employment: USP Hazelton

Address: HAZHlton usp — u.S Pcnitentiary P.O. Box 2000
Bruceton Mills WV. 26525

Was this Defendant acting under the authority or color of state law at the time these claims occurred? ☑ Yes ☐ No

If your answer is "YES," briefly explain: Nurse Hoover Got tired of givening me copout after copout

Attachment A

That He would walk Past my cell not even stop to give me a copout one time He turned around Before even reaching my cell and Left would not give me a cop out still no Help for neropathy in my feet

B.5 Name of Defendant: MS. Conner

Position: Unit team Mananger

Place of Employment: USP Hazelton

Address: Hazelton USP U.S. Penit Entiary P.O. Box 2000 Bruceton Mills WV. 26525

Was this Defendant acting under the authority or color of state law at the time these claims occurred? ☑ Yes ☐ No

If your answer is "YES," briefly explain: MS Conner was off for a month in some Pays could not get grievance when I asked she raised her voice and stayed your always wanting Things Done now and cait wait Then refused me a grievance at The Time she gave me one for a Later issue Though and its in work

## III. PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: USP. Hazelton

A. Is this where the events concerning your complaint took place? ☑ Yes ☐ No

If you answered "NO," where did the events occur?

_____

B. Is there a prisoner grievance procedure in the institution where the events occurred? ☑ Yes ☐ No

C. Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure? ☑ Yes ☐ No

D. If your answer is "NO," explain why not _____

**Attachment A**

_____

_____

E.    If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES**:

LEVEL 1 _My Grievance Turned up Lost_

LEVEL 2 _Then I was Denied one_

LEVEL 3 _____

## IV.  PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?        ☑ Yes        ☐ No

B.    If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.    Parties to this previous lawsuit:

Plaintiff(s): _David Eldridge_

Defendant(s): _Bryan M. Antoneill_

2.    Court: _SouthEastern Division 555 INDePendence street_
      _(If federal court, name the district; if state court, name the county)_ _Cape Girardeau MO. 63703_

3.    Case Number: _1:24-CV-33 SNLJ_

4.    Basic Claim Made/Issues Raised: _Not Getting proper Medical Attention_

5.    Name of Judge(s) to whom case was assigned: _Stephen N. Limbaugh Jr._

Claims to Law suit          5-15-24
Attachment-A


I David Lee Eldridge 84882509 Arrived
At U.S.P. HAzelton on Nov-7th 2023
I come Through intake Told The nurse
I was on Mat treatment They said ok
and 2 days later started Bringing me
N-8 suboxen strips for 2 weeks straight
on 11-15-23 I was to recieved a
300 mg shot of suboxen and Did not
Get This I was told by Nurse McCroy
That He would send a email To Dr. Mills
and for a week when The suboxen Left
my system I gradually started exspirencing
with Drauls I was sick feeling Bad
I reported to McCroy Mcnear Thorpe
Hoover witch are all nurse of being sick
Thorpe. J said There was nothen wrong with
me and She Did not take my vitals are nothen
Hoover would Pass my cell because I
begged for Help for 2 months I told
the warden I told Assistant warden
I had to get a BPA greivance from
another Housing unit Manager and
Mr. Crutchfield said I'm supose to get
it from my unit Manager Ms. Conner
but She's been off a month and some
Days Then I turned Gricvance into a SIS
Guy because Ms. Conner was not around
He told me He would make sure
She got it. Well when I asked
him following week he said He turned
it in when I asked Ms. Conner about it
Later She said She never got it

So After all This, I asked for another Dr appt and was Dinied by The rest of The unit Managers They said I had to get it from Ms. Comer. So I asked her and She yelled and stayed no you want everything right here and now. And After a while The nurse Mccowny and Mchean said to That it was a law suit So I wrote my Judge for Paper work and when Dr. Mims Come back from vacation He put me on suboxin N-x strips for a month when I was suppose to start at 2mg and brought up to 8mg Then The Shot and I'm haveing troubles being seen for neropathy in my feet and Pinch nerve in my back I filed a grievance and since They seen My law suit They just pulled me out after 6 months of being here. So I filed MY Lawsuit And I've Told Head of physocology and told everyone on The walk throughs on wensdays for 2monThs and everyone said They Sent emails and He wason vacation Dr. Mims. And I have seen a Doctor at Canaan usp for neropathy in my feet and told nurses Here at Hazelton I was told By The Head of Medical That I would be Seen before I left by a physician for This as well I've seen a woman 1 time in 6 months and now I'm to be Transferred. To unknown as of now

6. Disposition: _Pending_____
   *(For example, was the case dismissed?  Appealed?  Pending?)*
   _Best of my knowledge_
7. Approximate date of filing lawsuit: _Feb-23-2023_
8. Approximate date of disposition.  **ATTACH COPIES**

C. Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?   ☑ Yes      ☐ No

D. If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought. _after 2months of being off The Treatment They put me back on The Strips for a solid month at a High Dose instead 2 4mgs to 8mgs Then shot Just 4mgs for a month Then The Booster shot_

E. Did you exhaust available administrative remedies?  ☑ Yes      ☐ No

F. If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted. _The grievance I turned in was lost and all The copays I Dont have access to Them or The grievance_

G. If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

**Attachment A**

1. Parties to previous lawsuit:

   Plaintiff(s): David Eldridge

   Defendant(s): Dr. Mims

2. Name and location of court and docket number:
   South Eastern Division 555 Inependence Street Cape Girardau Missouri 63703 1:24-cv-0003 SNLJ
   case No: 5:24-cv-43

3. Grounds for dismissal:   ☐ frivolous   ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: Feb-23- 2023

5. Approximate date of disposition: 3-5- 2024

## V.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: Dr. Mims was To write a prescritpion for me to get a suboxen shot on 11-15-23 And Did Not

Supporting Facts: Nurse McCreany brought me a N-P strip on 11-15-23 and Dr. Mims Did not write a perscription and That He would email Him to fix it. But Dr. Mims went on vacation and I went Through with Drawl restless Legs Diahrea couldnt sleep suicalay The time from feeling sick and was put on wrong Dose after 2 months of being sober off the meds

CLAIM 2: _Nurse Hoover Did not stop at my Cell to give me copouts_

Supporting Facts: _He kept walking by my cell after turning in numerous copouts would not stop_

CLAIM 3: _Nurse Thorpe.J Refuseing Me Medical Attention when I told her I was not feeling well_

Supporting Facts: _she Said I couldnt be sick from withDrawls and She Did not take my pulse or Heart rate_

CLAIM 4: _SIS Turned in a Grivcance_

Supporting Facts: _I got Grievance from Mr. Clutchfield from another Unit Manager and it was Lost by a SIS officer when He Said he would turn it in_

CLAIM 5: _MS. conner Asked for Grievance_

Supporting Facts: _She Yelled at me and said I wasnt thinking not not how was Denyed my grievance_

VI.  <u>INJURY</u> _I was sick for a hole 2 weeks Dihrarea restless legs couldnt sleep kept up was sick my stomach and felt sucidal and was Denied Medical Attention_

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

*I was sick to my stomach couldn't eat restless legs sydrom Dyhareaha felt sucidal cold sweats I was Mentally Depressed was mad Didn't now why I was bing treated that way felt alone.*

## VII.  RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

*I want to sue for Mentaly messing with me for a Million Dollers I would like Medican That works and not to be called a Dope Head*

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  HAZELTON USP  on  5-15-24  .
(Location)
(Date)
Your Signature

**Attachment E**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

David Eldridge
_____
*Your full name*


v.                                              Civil Action No.: ~~S:24-cv-93~~  3:24 cv69

BRYAN ANTONELLI
et Al
_____

_____

*Enter above the full name of defendant(s) in this action*


## Certificate of Service

I, David Eldridge _____ (your name here), appearing *pro se*, hereby certify that

I have served the foregoing Prisoner Trust Account Report (title of document

being sent) upon the defendant(s) by depositing true copies of the same in the United States

mail, postage prepaid, upon the following counsel of record for the defendant(s) on

5-22-24 (insert date here):

(List name and address of counsel for defendant(s))


David Eldridge
_____
(sign your name)